# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | | |
|---|---|---|
| United States of America<br>v.<br><br>KEITH ALAN HAVENER<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.<br>25-CR-4001 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of June 1, 2024 to Present in the county of Plymouth in the Northern District of Iowa, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and 2251(e), and 2252A(a)(1) and (5)(B) | Sexual Exploitation of [a] Child[ren] and Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Robert Sellers, FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date: 01/10/2025

_____
*Judge's signature*

Northern District of Iowa

Kelly K.E. Mahoney, U.S. Chief Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

I, **ROBERT SELLERS**, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

I make this affidavit in support of an arrest warrant for Keith Alan Havener.

1. I am a **SPECIAL AGENT** with the **FEDERAL BUREAU OF INVESTIGATION** and have been since **SEPTEMBER 2019**. Your affiant has investigative experience as it pertains to working violent crimes against children. In your affiant's career with the FBI, your affiant has investigated cases involving Indian Country crimes against children, and in connection with such cases, your affiant has participated in the drafting and execution of search and arrest warrants. Your affiant has also spent approximately eight and a half years in local law enforcement as a police officer and deputy sheriff. During that time your affiant investigated crimes of domestic violence, sexual assault, and crimes against children.

2. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

3. Your affiant believes there is probable cause to believe that Keith Havener has committed a criminal offense, namely violations of 18 U.S.C. § 2251(a) (production of child pornography), 2252A(a)(1), and (a)(5)(B) (possession of child pornography).

4. On December 30, 2024, a CyberTipline Report (203947404) came into the Federal Bureau of Investigation from National Center for Missing and Exploited Children. The tip stated that a juvenile female, S.B., had posted an ad on a dating website (tagged.com) for house cleaning and prostitution. Your affiant met with S.B. (age 14), hereinafter "VICTIM," and her parent's, ▓▓▓▓▓ B. (last names intentionally withheld) on January 3, 2025. VICTIM stated that she did not create the dating ad. More information was shared by ▓▓▓ that indicated the ad was created by the VICTIM'S, ▓▓▓▓▓, Keith Havener, hereinafter "SUSPECT." ▓▓▓ stated that their family was being harassed by SUSPECT for the past several weeks via a text app. Through the text app, SUSPECT, stated he had received pornographic photos of S.B. and her sister, T.B. (age 12).

5. On January 6, 2025, your affiant was made aware that the Sioux City Police Department also had an investigation open on the SUSPECT involving artificial intelligence-generated pornography (hereinafter "AI/AI pornography").

6. On December 3, 2024, officers with the Sioux City Police Department were notified that SUSPECT had been making AI generated pornography involving family members. It was noted that SUSPECT was superimposing family members faces on naked photographs. A report was made under case number 24SC35031. The suspect was outside of Sioux City Police jurisdiction as the residence of the offender was in Plymouth County, IA.

7. On December 5, 2024, officers were dispatched to 300 W 7th St, Sioux City, IA, for a report involving SUSPECT again. This was a business, Dennis Supply Company, that advised SUSPECT was an employee there for approximately 17 years. During his tenure, he was given a company laptop that was used to conduct official company business. It became

2

known to the supervisors that SUSPECT was also adding faces of employees to naked photographs and creating pornography of them. SUSPECT was ultimately let go from his position with the company.

8. An IT worker with the company went through the laptop and noticed that SUSPECT was using Gmail to exchange messages with other individuals about having sex with a 14-year-old girl in his basement. The email addresses used were hose.lover.1960@gmail.com, khavener@gmail.com, and ▮▮▮▮eerwoman@gmail.com. Copies of files located on the laptop were put on a thumb drive by the IT worker with the company that had previously employed SUSPECT.

9. The laptop and thumb drive were handed over to the Sioux City Police Department for an examination on the devices. A Sioux City Police Department detective, Justis Knudsen, conducted the examination. Detective Knudsen is a member of IACIS (International Association of Computer Investigative Specialists) and is BCFE (Basic Computer Forensic Examiner) certified. A forensic image of both the computer and thumb driver were completed on December 31, 2024, at the request of the company and IT manger to ensure that no pornography was located on the device and to recover any associated data on the laptop.

10. While reviewing the image of the laptop and thumb drive, it was observed that messages on November 3, 2024, at 0754 hours, the email address of khavener@gmail.com wrote to an individual by the name of "Darren" under email address getitdonern159@gmail.com that SUSPECT is willing to let "Darren" have intercourse with a 14-year-old girl named ▮▮▮▮ in his basement and that she will not tell anyone. There were numerous messages between Darren, SUSPECT, and another email address belonging to a "▮▮▮▮", ▮▮▮▮eerwoman@gmail.com.

3

Upon further review of the image on the laptop, it was shown that a recovery email for ▇▇▇eerwoman@gmail.com was khavener@gmail.com. It is believed that SUSPECT is operating both accounts.

11. Detectives with the Sioux City Police Department wrote a search warrant for the three email accounts associated with the accounts of SUSPECT on January 6, 2025. Returns were given to the Sioux City Police Department detective on January 10, 2025, for the three associated email addresses. The first email address, khavener@gmail.com, showed a creation date of December 12, 2005, with a last login date of December 3, 2024. A recovery email address for the account is khavener@dennissupply.com and a recovery phone number of ▇▇▇ ▇▇▇▇▇▇▇, SUSPECT's phone number. There was also an IP address of 216.152.241.164 associated with the login on the account as well.

12. The next email address of ▇▇▇eerwoman@gmail.com showed a creation date of October 27, 2024. There was a recovery email address was khavener@gmail.com with a recovery phone number of ▇▇▇▇▇▇▇▇▇. There was also an IP address of 216.152.241.164 associated with the login on the account that matched that of khavener@gmail.com

13. The third and final email address was hose.lover.1960@gmail.com. There was a creation date of October 27, 2022, with a recovery email of northwest9991@yahoo.com and a recovery phone number of ▇▇▇▇▇▇▇▇▇. There also was an IP address of 216.152.241.164. This was the same IP address that matched the other two email addresses as well.

14. In the warrant returns were the contents of the drive belonging to the owner of the email address. The contents of the drive showed images of known juvenile females related to SUSPECT. The images and likeness of the juvenile females were superimposed over images of

4

nude females showing breasts and genitals and engaging in explicit sexual conduct. In at least one of the images, the face of a juvenile female was placed on a photo showing a sex act between two individuals. Based on your affiant's review of the images, at least two identifiable minors are portrayed in the images.

*During presentation of this complaint and affidavit, the affiant confirmed this is the end of the affidavit. The affiant signed the complaint face sheet and swore to the full complaint and affidavit during presentation.*

Subscribed and sworn to before me on January 10, 2025.

*Kelly K.E. Mahoney*
Kelly K.E. Mahoney
United States Chief Magistrate Judge
Northern District of Iowa