IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 25-CR-4001 |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH ALAN HAVENER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SEALING COMPLAINT AND WARRANT**

For cause, it is

ORDERED

That the Complaint and Warrant in this matter are sealed until the arrest of the defendant.

Dated this 13th day of January, 2025

_____
Kelly K.E. Mahoney
United States Chief Magistrate Judge
Northern District of Iowa