# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### WESTERN    DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KEITH ALAN HAVENER,<br>Defendant. | **HEARING MINUTES**   Sealed:   No<br>Case No.:   25-CR-4001-KEM<br>Presiding Judge:   Mark A. Roberts, Magistrate Judge (via Zoom)<br>Deputy Clerk:   jag<br>Official Court Record:   FTR Gold      Contract?   --<br>Contact Information:   -- |

| Date: | 1/14/2025 | Start: | 11:00 a.m. | Adjourn: | 11:07 a.m. | Courtroom: | SC First Floor | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | Telephonic? | No |

| Appearances: | | Plaintiff: | AUSA Kraig Hamit | | | | |
|---|---|---|---|---|---|---|---|
| | | Defendant: | AFPD Brittany Hedstrom (initial appearance only) (defendant appears personally) | | | | |
| | | U.S. Probation: | Matthew Sturdevant | | | | |
| | | Interpreter: | | Language: | | Certified: | Phone: |

| **TYPE OF PROCEEDING:** | **INITIAL APPEARANCE:** | X | **AND/OR** | **ARRAIGNMENT:** | | |
|---|---|---|---|---|---|---|
| | | | Contested? | No | Continued from a previous date? | No |

| Date of complaint: | | 1/13/2025 | | | |
|---|---|---|---|---|---|
| Was defendant *Mirandized*? | | Yes | | | |
| Counsel: | Retained: | | or | Appointed: | X | FPD/Other | AFPD Timothy Herschberger |
| Did the government orally move for detention? | | Yes | Was the defendant detained? | Yes | |
| Was a detention hearing set? | No | Date: | waived | | |
| Was a preliminary hearing set? | No | Date: | waived | | |
| **Witness/Exhibit List is** | | -- | | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| **Miscellaneous:** | The parties consent to Judge Roberts appearing via Zoom.<br>Court advised parties of Due Process Protections Act requirements. |
|---|---|