# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ‖ | |
| Plaintiff, | ‖ | No.  25-CR-4001-KEM |
| vs. | ‖ | **ORDER OF DETENTION** |
| KEITH ALAN HAVENER, | ‖ | |
| Defendant. | ‖ | |

_____

At Defendant's initial appearance hearing, the United States orally moved to detain Defendant pending trial (Doc. 8).  Doc. 7.  Defendant waived a detention hearing, and the court informed Defendant that Defendant will be detained but may later request a detention hearing.  Doc. 7.

Based on Defendant's waiver, the court **GRANTS** the Government's oral motion for detention (Doc. 8) and orders Defendant be detained pending trial or further order of the court.[1]

**SO ORDERED** on January 14, 2025.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa

_____

[1] Defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant must be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.