IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-CR-4001 |
| Plaintiff, | **INDICTMENT** |
| vs. | Counts 1 and 2<br>18 U.S.C. §§ 2251(a) and 2251(e): |
| KEITH ALAN HAVENER, | Sexual Exploitation of Children |
| Defendant. | Count 3<br>18 U.S.C. §§ 2252A(a)(5)(B) and<br>2252A(b)(2): Possession of Child<br>Pornography |

The Grand Jury charges:

## Count 1
## Sexual Exploitation of a Child

Between on or about June 1, 2024, and January 13, 2025, in the Northern

District of Iowa and elsewhere, the defendant, KEITH ALAN HAVENER, used, and

attempted to use MV1, a minor under the age of 18 to engage in sexually explicit

conduct for the purpose of producing visual depictions of such conduct, causing and

attempting to cause said visual depictions to be produced using materials that had

previously been shipped and transported in and affecting interstate and foreign

commerce, knowing and having reason to know that said visual depictions would be

transported and transmitted in and affecting interstate and foreign commerce and

using a means and facility of interstate and foreign commerce, and said visual

depictions were transported and transmitted in and affecting interstate and foreign

commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2251(a) and

1

2251(e).

## Count 2
### Sexual Exploitation of a Child

Between on or about June 1, 2024, and January 13, 2025, in the Northern

District of Iowa and elsewhere, the defendant, KEITH ALAN HAVENER, used, and

attempted to use MV2, a minor under the age of 18 to engage in sexually explicit

conduct for the purpose of producing visual depictions of such conduct, causing and

attempting to cause said visual depictions to be produced using materials that had

previously been shipped and transported in and affecting interstate and foreign

commerce, knowing and having reason to know that said visual depictions would be

transported and transmitted in and affecting interstate and foreign commerce and

using a means and facility of interstate and foreign commerce, and said visual

depictions were transported and transmitted in and affecting interstate and foreign

commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2251(a) and

2251(e).

## Count 3
### Possession of Child Pornography

Between on or about June 1, 2024, and January 13, 2025, in the Northern

District of Iowa and elsewhere, the defendant, KEITH ALAN HAVENER,

knowingly possessed and attempted to possess visual depictions of child

pornography, as defined in Title 18, United States Code, Section 2256(8), [including

a depiction involving a prepubescent minor or a minor who had not attained 12

years of age,] said visual depictions having been produced using materials that had

2

previously been shipped and transported in and affecting interstate and foreign commerce, namely, an HP computer and two iPhones that had been manufactured outside the state of Iowa, and said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

A TRUE BILL

Grand Jury Foreperson        Date

1-15-25

TIMOTHY T. DUAX
United States Attorney

By:

Kraig R. Hamit
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 01-16-2025
PAUL DE YOUNG, CLERK