# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KEITH ALAN HAVENER, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 5:25-cr-4001-LTS-KEM<br>Presiding Judge: Kelly K.E. Mahoney, Chief Magistrate Judge<br>Deputy Clerk: klh<br>Official Court Record: FTR Gold   Contract?<br>Contact Information: |

| Date: | 1/24/2025 | Start: | 11:01 a.m. | Adjourn: | 11:04 a.m. | Courtroom: | SC First Floor | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | | Telephonic? |

| Appearances: | Plaintiff: | AUSA Kraig Hamit |
|---|---|---|
| | Defendant: | AFPD Timothy Herschberger (defendant appears personally) |
| | U.S. Probation: | Matt Sturdevant |
| | Interpreter: | Language:   Certified:   Phone: |

**TYPE OF PROCEEDING:** INITIAL APPEARANCE: X  AND/OR  ARRAIGNMENT: X

Contested? No  Continued from a previous date?

| | |
|---|---|
| Date of Indictment: | 1/16/2025 |
| Was defendant *Mirandized*? | Yes |
| Defendant pleaded | Not Guilty to Counts 1, 2 and 3 of the Indictment |
| Counsel: | Retained   X  Appointed (FPD or CJA Panel): AFPD Timothy Herschberger |
| Did the government move for detention? | n/a   Was the defendant detained? Yes |
| Detention hearing: | n/a |
| Trial date: | 3/17/2025 Leonard T. Strand |
| Rule 16.1 discovery conference | Satisfied. Due Process Protections Act previously satisfied at doc. entry 9. |
| **Witness/Exhibit List is** | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** Defendant waives formal reading of the Indictment.
Regular trial management order deadlines to apply and to be set in Trial Management Order.