# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KEITH ALAN HAVENER,<br><br>    Defendant. | No.   25-CR-4001-LTS-KEM<br><br>**ORDER REGARDING DISCOVERY** |

If the parties wish to enter the Stipulated Discovery Order, they may file a notice with the court at any time. Absent entry into the Stipulated Discovery Order, discovery in this case is governed by the Federal Rules of Criminal Procedure, federal statutes, and federal case law.

**SO ORDERED** on January 24, 2025.

*/s/ Kelly K.E. Mahoney*
Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa