IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR25-4001 |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH ALAN HAVENER, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE REGARDING STIPULATED DISCOVERY ORDER

Notice is hereby given that the parties have agreed to enter the Court's

Stipulated Discovery Order.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By, s/ *Kraig R. Hamit*

KRAIG R. HAMIT
Assistant United States Attorney
600 4th St, Suite 670
Sioux City, IA  51101
(712) 255-6011
(712) 252-2034  (Fax)
Kraig.Hamit@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025 electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/   Alesha Hedrick