# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

RECEIVED
By USMS N/A at 11:46 am, Jan 13, 2025

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Keith Alan Havener | ) | Case No. 25-CR-4001 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Keith Alan Havener,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2251(a) and (e) - Sexual Exploitation of [a] Child[ren]
18 USC 2252A(a)(1) and (5)(B) - Possession of Child Pornography

Date: 01/10/2025

*Issuing officer's signature*

City and state: Sioux City, Iowa

Kelly K.E. Mahoney, Chief Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01102025, and the person was arrested on *(date)* 01132025
at *(city and state)* Lamas Plymouth County, Iowa.

"Sor"

Date: 02112025

By FBI

*Arresting officer's signature*

EKIN4926 USMS
*Printed name and title*