# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 5:25-cr-04001-LTS-KEM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO WITHDRAW AS ATTORNEY |
| KEITH ALAN HAVENER, | ) | |
| Defendant. | ) | |

COMES NOW, Assistant Federal Defender Tim Herschberger, to move to withdraw as attorney for Keith Alan Havener. Attorney Patrick T. Parry has entered an appearance in this case.

WHEREFORE, the undersigned attorney asks to be withdrawn from further representation of Mr. Havener.

Respectfully submitted,

FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa 51101-1036
(712) 252-4158 Telephone
(712) 252-4194 Fax
E-mail: Timothy_Herschberger@fd.org

By: */s/ Tim Herschberger*
TIM HERSCHBERGER

CERTIFICATE OF SERVICE
I hereby certify that on April 10, 2025, I filed this document via ECF, which will serve notice of its filing to AUSA Hamit.

/s/ Geralynn Fjeldheim