IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>Vs.<br><br>KEITH ALAN HAVENER,<br>　　　Defendant. | No. 25-CR-4001-LTS-KEM<br><br>DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL AND EXTENSION OF NONTRIAL-RELATED MOTIONS DEADLINE (UNRESISTED) |

COMES NOW, Defendant Keith Alan Havener, to move for a continuance of his trial and an extension of the deadline for nontrial-related motions. In support, counsel states:

1.　Trial is scheduled for May 19, 2025. The deadline for nontrial-related motions is April 17, 2025. There has been two previous continuances on defendant's motion.

2.　The undersigned attorney entered an appearance for the defendant on April 10, 2025. Additional time is needed to review discovery, prepare pretrial motions, confer with the defendant, engage in plea negotiations, and prepare for any trial.

3.　Regarding a possible nontrial-related motion or motions, the undersigned attorney has been advised by previous counsel there are potential pretrial motions based on the discovery materials and his research into applicable caselaw.　The undersigned attorney needs sufficient time to review and analyze discovery and conduct research and investigation into said pretrial motion(s).

4.　AUSA Kraig Hamit does not resist this motion for a continuance of trial and an extension of time for nontrial-related motions.

WHEREFORE, Mr. Havener asks for a continuance of his trial date by approximately 60 days from the current trial date of May 19, 2025, and a commensurate extension of approximately 60 days from the current deadline of April 17, 2025, to file nontrial-related motions.

Respectfully Submitted,

/s/ Patrick T. Parry
Patrick T. Parry
Mayne, Hindman, Frey, Parry and Wingert
701 Pierce St., Ste. 300
Sioux City, IA 51101
(712)277-1434
FAX (712)255-8049
pparry@maynelaw.com
ATTORNEY FOR DEFENDANT