IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNTIED STATES OF AMERICA,<br><br>        Plaintiff,<br>Vs.<br><br>KEITH HAVENER,<br><br>        Defendant. | 25-CR-4001-LTS-KEM<br><br>MOTION FOR DETENTION HEARING |

The Defendant by and through his attorney, Patrick T. Parry, requests that a detention hearing be set pursuant to 18 U.S.C. § 3142 for purposes of determining whether the defendant can meet any condition or combination of conditions sufficient to allow the defendant's release pending trial.

Respectfully Submitted,

<u>Patrick T. Parry</u>
Patrick T. Parry PC
Mayne, Hindman, Frey, Parry and Wingert
701 Pierce St., Ste. 300
Sioux City, IA 51101
(712)277-1434 FAX (712)255-8049
pparry@maynelaw.com
ATTORNEY FOR DEFENDANT