IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR25-4001 |
| vs. | ) |
| KEITH ALAN HAVENER, | ) |
| Defendant. | ) |

**MOTION FOR LEAVE TO FILE UNDER SEAL
GOVERNMENT'S DETENTION HEARING EXHIBIT**

The United States of America requests leave of this Court to file under seal its detention hearing exhibit as it contains sensitive information that should not be made available to the public.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By, */s/ Kraig R. Hamit*

KRAIG R. HAMIT
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 (Fax)
Kraig.Hamit@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on May 21, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: */s/ Jean Wordekemper*