IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-CR-4001-LTS-KEM |
|      Plaintiff, | |
| Vs. | |
| KEITH ALAN HAVENER, | DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL AND EXTENSION OF NONTRIAL-RELATED MOTIONS DEADLINE (UNRESISTED) |
|     Defendant. | |

COMES NOW, Defendant Keith Alan Havener, to move for a continuance of his trial and an extension of the deadline for nontrial-related motions. In support, counsel states:

1.  Trial is scheduled for July 21, 2025. The deadline for nontrial-related motions is June 16, 2025.   There have been three previous continuances on defendant's motion.

2.  The government is anticipating that additional discovery will be forthcoming.   A witness for the government testified at the May 22, 2025, detention hearing about the anticipated additional discovery materials.   Said additional discovery could impact plea negotiations and potential pretrial motions.   Additional time is needed to review discovery, prepare pretrial motions, confer with the defendant, engage in plea negotiations, and prepare for any potential trial.

3.  Regarding possible nontrial-related motion or motions, the undersigned attorney anticipates preparing potential pretrial motions which could be affected by the anticipated additional discovery materials.   The undersigned attorney needs sufficient time to review and analyze discovery and conduct research and investigation into said pretrial motion(s).

4.  AUSA Kraig Hamit does not resist this motion for a continuance of trial and an extension of time for nontrial-related motions.

WHEREFORE, the defendant requests a continuance of the trial date by approximately 30 days from the current trial date of July 21, 2025, and a commensurate extension of approximately 30 days from the current deadline of June 16, 2025, to file nontrial-related motions.

Respectfully Submitted,

/s/ Patrick T. Parry
Patrick T. Parry
Mayne, Hindman, Frey, Parry and Wingert
701 Pierce St., Ste. 300
Sioux City, IA 51101
(712)277-1434
FAX (712)255-8049
pparry@maynelaw.com
ATTORNEY FOR DEFENDANT