IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 25-CR-4001-LTS-KEM |
|---|---|
| Plaintiff, | |
| Vs. | |
| KEITH ALAN HAVENER, | DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL AND EXTENSION OF NONTRIAL-RELATED MOTIONS DEADLINE (UNRESISTED) |
| Defendant. | |

COMES NOW, Defendant Keith Alan Havener, to move for a continuance of his trial and an extension of the deadline for nontrial-related motions. In support, counsel states:

1. Trial is scheduled for December 1, 2025. The deadline for nontrial-related motions is October 6, 2025. There have been six previous continuances on defendant's motion.

2. The government has provided additional discovery to defense counsel over the last month. However, the government still anticipates that additional discovery will be forthcoming in the next few weeks when the FBI digital team completes their investigation of electronic storage devices seized from the defendant's residence. The government continues to work on accessing and processing the data from the electronic storage devices to determine if additional child pornography materials can be located. Because the current case involves simulated child pornography, the defendant could file pretrial motion(s) based on the issue of simulated images. However, said motion(s) would be largely moot if additional non-simulated images are present on the seized electronic devices. Likewise, any plea negotiations here would involve calculation of the sentencing guidelines offense level based on a determination of the number of child pornography images, but the number of images here is unknown until the government

completes processing of the seized electronic devices. Additional time is still needed to review discovery, prepare pretrial motions, confer with the defendant, engage in plea negotiations, and prepare for any potential trial.

3. AUSA Kraig Hamit does not resist this motion for a continuance of trial and an extension of time for nontrial-related motions.

WHEREFORE, the defendant requests a continuance of the trial date by approximately 60 days from the current trial date of December 1, 2025, and a commensurate extension of approximately 60 days from the current deadline of October 6, 2025, to file nontrial-related motions.

Respectfully Submitted,

/s/ Patrick T. Parry
Patrick T. Parry PC
Mayne, Hindman, Frey, Parry and Wingert
701 Pierce St., Ste. 300
Sioux City, IA 51101
(712)277-1434
FAX (712)255-8049
pparry@maynelaw.com
ATTORNEY FOR DEFENDANT