# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### WESTERN   DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KEITH ALAN HAVENER,<br>Defendant. | **HEARING MINUTES**   Sealed:   No<br>Case No.:   5:25-cr-04001-LTS-KEM-1<br>Presiding Judge:   Leonard T. Strand<br>Deputy Clerk:   Austin Henderson<br>Official Court Record:   Shelly Semmler     Contract?   No<br>Contact Information:   SSemmlerReporting@gmail.com |

| Date: | 3/24/2026 | Start: | 9:00 AM | Adjourn: | 9:20 AM | Courtroom: | Donald E. O'Brien | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | ------- | | | | Time in Chambers: | n/a | | Telephonic? | Yes |

| Appearances: | | Plaintiff(s): | AUSA Kraig Hamit | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Defendant(s): | CJA Attorney Patrick Parry (Havener present) | | | | | |
| | | U.S. Probation: | n/a | | | | | |
| | | Interpreter: | n/a | Language: | n/a | Certified: | n/a | Phone: | n/a |

| **TYPE OF PROCEEDING:** | **MOTION HEARING** | | | | | |
|---|---|---|---|---|---|---|
| | | | Contested? | no | Continued from a previous date? | no |

| **MOTION:** | 1. | Havener moved to dismiss the indictment claiming that it was unconstitutional as applied to him. | Doc. # | 59 |
|---|---|---|---|---|
| | Ruling: | The Court determined that the motion to dismiss was not ripe and deferred it until after trial on the matter. | Order to follow? | Yes |
| | 2. | The Government orally moved to dismiss Counts 1 and 2 with prejudice. | Doc. # | n/a |
| | Ruling: | The Court granted the motion to dismiss with prejudice. | Order to follow? | Yes |
| | | | | |
| | | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | |
| | | **Miscellaneous:** | | |

Page 1 of 1