# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
**WESTERN   DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>KEITH ALAN HAVENER<br><br>     Defendant. | **HEARING MINUTES**  Sealed:  No |

| | |
|---|---|
| Case No.: | 25-CR-4001-LTS-KEM |
| Presiding Judge: | Kelly K.E. Mahoney, Chief Magistrate Judge |
| Deputy Clerk: | klh |
| Official Court Record: | FTR Gold     Contract?  -- |
| Contact Information: | -- |

| Date: | 05/13/2026 | Start: | 11:29 a.m. | Adjourn: | 11:49 a.m. | Courtroom: | SC First Floor | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | Telephonic? | No |

| Appearances: | Plaintiff: | AUSA Kraig Hamit |
|---|---|---|
| | Defendant: | Patrick Parry (defendant appears personally) |
| | U.S. Probation: | n/a |
| | Interpreter: |   Language:    Certified:    Phone: |

| **TYPE OF PROCEEDING:** | **PLEA** | Contested? | No | Continued from a previous date? | No | |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| | Defendant pleaded GUILTY to Count: | 3 of the Indictment |
| | Defendant is   X   Detained    Released | |
| | **Witness/Exhibit List is** | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | |
| | **Miscellaneous:** | Defendant placed under oath. Defendant competent, understands charges, there is a factual basis found, knows maximum punishment and jury trial rights.  Plea is voluntary. Court finds defendant should be adjudged guilty based on her plea of guilty. USP to prepare a PSIR.<br>The defendant withdraws his pending Motion to Dismiss filed at doc. No. 59. |